UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**SHEILA M. DOOHAN EARHART**,　　　　　　Civil Case No. 6:14-CV-01049-KI

        Plaintiff,

                                  JUDGMENT

                 v.

**CAROLYN W. COLVIN**,
Acting Commissioner of Social Security,

        Defendant.

       Max Rae
        P. O. Box 7790
        Salem, Oregon  97303

            Attorney for Plaintiff

        S. Amanda Marshall
        United States Attorney
        District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Thomas M. Elsberry
Special Assistant Untied States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

       Attorney for Defendant

KING, Judge:

Based on the record,

The decision of the Commissioner is reversed.  The case is remanded for a finding of disability as of April 14, 2009.

Dated this   18th   day of May, 2015.

        /s/ Garr M. King
       Garr M. King
       United States District Judge