UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SHEILA M. DOOHAN EARHART,<br>Plaintiff, | 6:14-cv-01049-KI |
| v. | ORDER AWARDING<br>ATTORNEY FEES AND COSTS<br>PURSUANT TO THE |
| COMMISSIONER, SOCIAL<br>SECURITY ADMINISTRATION,<br>Defendant. | EQUAL ACCESS TO JUSTICE ACT |

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $8,998.35 and $400.00 in costs shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

DATED this 5th day of August, 2015.

_/s/ Garr M. King_
United States District Judge

PRESENTED BY:

_Max Rae_
MAX RAE, OSB# 81344
(503) 363-5424
Attorney for Plaintiff, Sheila M. Doohan Earhart

Page 1.  ORDER AWARDING EAJA ATTORNEY FEES AND COSTS – EARHART v. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, 6:14-cv-01049-KI